MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501
Telephone:   (510) 523-4702
Facsimile:    (510) 747-1640

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

         v.

**J QUHAL JACKSON**
**aka J QUHAL G. JACKSON**
**aka JQUHAL JACKSON**
**aka JQUHAL G. JACKSON**
**aka J'QUHAL JACKSON**
**aka J'QUHAL G. JACKSON**,

                Defendant(s).
                                          /

Case No. **CV15-00984 SLM**

**COMPLAINT**
(**Student Loan\Debt Collection Case**)

Plaintiff, through its attorney, alleges:

1.    <u>Jurisdiction:</u>  The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

2.    Defendant resides in the Northern District of California.

3.    Defendant owes plaintiff $2,832.65, plus additional interest according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $2,832.65, additional interest to the date of judgment, attorney's fees in the amount of 33.33% of the debt, and court costs.

Date:  March 3, 2015

                                                              /s/
LAW OFFICE OF MICHAEL COSENTINO
By:  MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America