1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA          NO. CV15-00984 SLM
11
                Plaintiff,
12                                   **JUDGMENT ON DEFAULT**
           v.
13
   J QUHAL JACKSON
14 aka J QUHAL G. JACKSON
   aka JQUHAL JACKSON
15 aka JQUHAL G. JACKSON
   aka J'QUHAL JACKSON
16 aka J'QUHAL G. JACKSON

17              Defendant.

18  _____/

19       In the above entitled action, the defendant J QUHAL JACKSON aka J QUHAL G.

20  JACKSON aka JQUHAL JACKSON aka JQUHAL G. JACKSON aka J'QUHAL JACKSON

21  aka J'QUHAL G. JACKSON having been duly served with the Summons and a copy of the

22  Complaint in the action, and the defendant having failed to appear, answer, plead, or

23  otherwise defend in the action within the time allowed by law, or at all, and default having

24  been duly entered; and it further appearing that plaintiff's claim against the defendant is for

25  a sum certain and for interest which can by computation be made certain and for costs; and

26  it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been

27  filed, setting forth the amounts due plaintiff from said defendant in accordance with the

28  prayer of the Complaint, and also setting forth that defendant is not an infant or

1  incompetent person or in the military service of the United States within the meaning of the
2  Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers'
3  and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and
4  praying that Judgment be entered herein.
5      NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
6      IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
7  and from the defendant, J QUHAL JACKSON aka J QUHAL G. JACKSON aka JQUHAL
8  JACKSON aka JQUHAL G. JACKSON aka J'QUHAL JACKSON aka J'QUHAL G.
9  JACKSON, the sum of $6,610.16 as principal, interest, attorney fees, and costs, plus
10 interest in the amount of $0.25 per day from April 17, 2015, to the date of entry of the
11 judgment, plus post judgment interest thereafter at the current legal rate per annum,
12 pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded annually
13 pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered
14 accordingly.

16 JUDGMENT ENTERED:  4/21/2015



RICHARD W. WIEKING, Clerk
UNITED STATES DISTRICT COURT

Deputy Clerk  Mark Romyn

JUDGMENT ON DEFAULT                                                                 2